IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHERYL L. ROSINE,

                                        CV 07-6271-MA

        Plaintiff,                                       JUDGMENT

    v.

MICHAEL ASTRUE,
Commissioner of Social
Security,

        Defendant.

    Based on the record and the Opinion and Order filed

herewith, the decision of the ALJ is reversed and remanded for

further proceedings, during which the Commissioner shall

determine whether Dr. Smythe's diagnosis that plaintiff suffers

from a severe major depressive disorder, that, in combination

with her other severe disorders, would render her unable to

engage in substantial gainful activity.

        IT IS SO ORDERED.

        DATED this  15   day of October, 2008


                            ____/s/  Malcolm F. Marsh____
                            Malcolm F. Marsh
                            United States District Judge


1 - JUDGMENT

2 - JUDGMENT